[No. 47387-5-I.   Division One.   May 13, 2002.]

WALNUT GROVE L.L.C., *Appellant*, v. DAVID STECHER,
*Respondent.*

Appeal from judgments of the Superior Court for King
County, No. 99-2-25975-1, Richard D. Eadie, J., entered
April 1 and August 31, 2000. *Reversed* by unpublished per
curiam opinion.

[No. 47443-0-I.   Division One.   May 13, 2002.]

GUSTAV HALEY, *Plaintiff*, HARVEY JAFFE, *Appellant*, v.
KINKO'S, INC., ET AL., *Respondents.*

Appeal from judgments of the Superior Court for King
County, No. 99-2-03402-3, Larry A. Jordan, J., entered
September 8 and 29, 2000. *Affirmed* by unpublished opinion
per Grosse, J., concurred in by Cox, A.C.J., and Appelwick,
J.

[No. 47886-9-I.   Division One.   May 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CURTIS
TEALL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 00-1-01288-4, Terence Lukens, J., entered
December 22, 2000. *Affirmed* by unpublished per curiam
opinion.

[No. 47954-7-I.   Division One.   May 13, 2002.]

ADERUS D. MILAN, *Appellant*, v. THE EMPLOYMENT SECURITY
DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 00-2-03005-3, Ronald Kessler, J., entered De-
cember 13, 2000. *Affirmed* by unpublished per curiam
opinion.